UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

| | |
|---|---|
| CHARITY HALASZ and THOMAS HALASZ, on Behalf of their Child, H.H., a Minor, <br><br> Plaintiff, <br> v <br><br> CASS CITY PUBLIC SCHOOLS, in its Official Capacity; WILLIAM HARTZELL (in his Official and Individual Capacity); ALLISON ZIMBA (in her Official and Individual Capacity); DONALD MARKEL (in his Official and Individual Capacity); and STACEY BLISS (in her Official and Individual Capacity), <br><br> Defendants. | Case No.: 1:22-cv-13158-TLL-PTM <br><br> HON. THOMAS L. LUDINGTON |

KEITH ALTMAN (P 81702)
Attorney for Plaintiffs
33228 West Twelve Mile Road, Suite 375
Farmington Hills, Michigan 48331
248/987-8929
keithaltman@kaltmanlaw.com

GREGORY W. MAIR (P 67465)
KAILEN C. PIPER (P 82865)
Attorney for Defendants
300 St. Andrews Road, Suite 302
Saginaw, Michigan 48638
989/790-0960
gmair@owdpc.com; kpiper@owdpc.com

**APPEARANCE**

      PLEASE TAKE NOTICE that I have this day caused my Appearance to be entered on behalf of Defendants, CASS CITY PUBLIC SCHOOLS, WILLIAM HARTZELL, ALLISON ZIMBA, DONALD MARKEL and STACEY BLISS named in the above-entitled cause of action.

      Respectfully Submitted,

/s/GREGORY W. MAIR (P 67465)
Attorney for Defendants
300 St. Andrews Road, Suite 302
Saginaw, Michigan  48638

Date:  February 24, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing paper with the Clerk of the Court using the ECF system which will send confirmation of such filing to the following:

| | |
|---|---|
| Keith Altman | keithaltman@kaltmanlaw.com |
| Gregory W. Mair | gmair@owdpc.com<br>dmcclure@owdpc.com<br>sheryl@owdpc.com<br>jmconnolly@owdpc.com |
| Kailen Piper | kpiper@owdpc.com<br>jmconnolly@owdpc.com |

Respectfully submitted,

Date:  February 22, 2023          /s/GREGORY W. MAIR (P 67465)
                                  Attorney for Defendants
                                  300 St. Andrews Road, Suite 302
                                  Saginaw, Michigan  48638